OPINION — AG — ** PAVING ASSESSMENT — BONDS — INSTALLMENTS ** OPINIONS DEALS WITH THE ISSUE OF WHETHER OR NOT THE PRESENT STATUTES (1949) RELATING TO PAVING ASSESSMENTS AND BONDS MIGHT LEGALLY BE REVISED SO AS TO PERMIT A PROPERTY OWNER TO CLEAR HIS PROPERTY OF THE LIEN OF SUCH AN ASSESSMENT, AT ANY TIME, BY PAYING THE THEN UNPAID BALANCE OF THE ASSESSMENT WITH INTEREST THEREON ON THE NEXT INTEREST PAYMENT DATE, PLUS PENALTY ON ANY DELINQUENT INSTALLMENT OF THE ASSESSMENT AND INTEREST. (ANNUAL INTEREST, PAVING, BONDS, PORTION) CITE: 11 O.S. 36-218 [11-36-218] 11 O.S. 36-220 [11-36-220], 11 O.S. 36-221 [11-36-221], 11 O.S. 36-216 [11-36-216], 11 O.S. 36-218 [11-36-218], 11 O.S. 36-222 [11-36-222], 11 O.S. 103 [11-103], 11 O.S. 106 [11-106] 11 O.S. 105 [11-105] (JAMES C. HARKIN)